UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Angela D.,[1]

Plaintiff,

v.

Michelle King, *Acting Commissioner of Social Security*,

Defendant.

Civ. No. 24-385 (JWB/DTS)

ORDER ACCEPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE

---

United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") on January 17, 2025. (Doc. No. 18.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The January 17, 2025 Report and Recommendation (Doc. No. 18) is **ACCEPTED**;

2. Plaintiff's request to remand the Commissioner's decision (Doc. No. 13) is **DENIED**;

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in social security appeals such as the present case.

3. Defendant's request to affirm the Commissioner's decision (Doc. No. 15) is **GRANTED**; and

4. The Commissioner's decision is **AFFIRMED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 18, 2025                    *s/ Jerry W. Blackwell*
                                            JERRY W. BLACKWELL
                                            United States District Judge